**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**DIEGO M. WOOTEN-NEWHOUSE**

    **Plaintiff,**

    **v.**                            **CASE NO.  21-3168-JWL**

**SEDGWICK COUNTY ADULT
DETENTION FACILITY, et al.,**

    **Defendants.**

**MEMORANDUM AND ORDER**

In August 2021, the Court dismissed this 42 U.S.C. § 1983 action as time-barred. (Doc. 7.) Plaintiff Diego M. Wooten-Newhouse has now filed a motion to reopen this case. (Doc. 9.) The Court will direct the Clerk to reopen this case solely for the limited purpose of allowing the Court to consider and rule on Plaintiff's current motion. To be clear, this order does not constitute a ruling on Plaintiff's motion to reopen. Plaintiff should not submit any additional filings until the Court issues further orders.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk shall reopen this matter for the limited purpose of allowing the Court to consider and rule on Plaintiff's recently filed motion to reopen case (Doc. 9). Plaintiff should not submit any additional materials to the Court until the Court rules on his motion.

**IT IS SO ORDERED**.

**Dated July 9, 2024, in Kansas City, Kansas.**

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      United States District Judge